| | |
|---|---|
| ROBERTA LOVE OWENS ISRAEL ) <br> *a/k/a Robert Love Owens* ) <br>            Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNTY OF CUMBERLAND, ) <br> *Agents and Assigns,* FAYETTEVILLE ) <br> METROPOLITAN HOUSING ) <br> AUTHORITY BOARD, *Agents and Assigns* ) <br> and DARCEL J. BROWN BURNS, ) <br> *Heirs and Assigns* ) <br>            Defendant. ) | **JUDGMENT** <br> 5:22-cv-155-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered August 1, 2022, and for the reasons set forth more specifically therein, defendants' motions to dismiss are GRANTED. Plaintiff's claims are DISMISSED.

**This Judgment Filed and Entered on August 1, 2022, and Copies To:**
Roberta Love Owens Israel (via CM/ECF Notice of Electronic Filing)
Robert A. Hasty, Jr. (via CM/ECF Notice of Electronic Filing)
Jose A. Coker (via CM/ECF Notice of Electronic Filing)

August 1, 2022                    PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk